

# NUMBER 13-19-00409-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE SOUTHWEST KEY PROGRAMS, INC. AND LILIANA SALINAS

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Benavides, Hinojosa, and Perkes
### Per Curiam Order

Relators Southwest Key Programs, Inc. and Liliana Salinas filed a petition for writ of mandamus and a motion for emergency temporary relief in the above cause on August 23, 2019. Through this original proceeding, relators seek to compel the trial court to vacate orders denying their motions to quash and for protective orders. Through their motion for emergency temporary relief, relators seek to stay all trial court proceedings pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency temporary relief, is of the opinion that the motion should be granted in part and denied in

part.  The motion for emergency temporary relief is GRANTED and the depositions at issue in this original proceeding are ordered STAYED pending further order of this Court, or until the case is finally decided.  *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").  The motion for emergency temporary relief is DENIED as to all other trial court proceedings.

The Court requests that the real parties in interest, David Gonzalez Hernandez and Doris Gutierrez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
26th day of August, 2019.